IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DOROTHY AVANCE                                                       Plaintiff

v.                            2:08CV00166 WRW/BD

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                             Defendant

## ORDER

Although there are affidavits of service filed as to the Attorney General of the United States and the Commissioner of Social Security (docket #5, 6), there is no indication of service upon the United States Attorney for the Eastern District of Arkansas. Therefore, service on Defendant is incomplete.

> **(i) Serving the United States and Its Agencies, Corporations, Officers, or Employees.**
>
> **(1)** *United States*. To serve the United States, a party must:
>
> **(A)(i)** deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought--or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk--or
>
> **(ii)** send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office;
>
> . . . .

Fed.R.Civ.P 4.

Plaintiff must make proof of service to the Court on the United States Attorney for the Eastern District of Arkansas within 30 days

of the date of this Order, or the complaint will be dismissed.

IT IS SO ORDERED.

DATED this 7th day of April, 2009.

_____
UNITED STATES MAGISTRATE JUDGE