# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**DOROTHY AVANCE**                                                                                      **PLAINTIFF**

**v.**                                **2:08CV00166 WRW/BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration,**                                                                    **DEFENDANT**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review of the Recommended Disposition, as well as a de novo review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, the decision of the Commissioner is affirmed and Plaintiff's Complaint (#1) is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED, this 11th day of June, 2010
.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE