# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**DOROTHY AVANCE**                                                                                          **PLAINTIFF**

**v.**                             **2:08CV00166 WRW/BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration,**                                                                **DEFENDANT**

## JUDGMENT

In accordance with the Order entered this date, it is considered, ordered and adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED, this 11th day of June, 2010.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE